UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SELIM SERO,

                Plaintiff,

  -v-                                    3:14-CV-25
                                        (DNH/CFH)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

SELIM SERO
Plaintiff Pro Se
146 Moeller Street
Binghamton, NY 13904

OFFICE OF GENERAL COUNSEL        SIXTINA FERNANDEZ, ESQ.
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Selim Sero filed this action seeking judicial review of a decision by the Commissioner of Social Security that Sero was not without fault accepting an alleged overpayment of Supplemental Security Income benefits, and that Sero was therefore not entitled to a waiver. The Commissioner cross-moved for judgment on the pleadings. By Report-Recommendation dated October 28, 2014, the Honorable Christian F. Hummel,

United States Magistrate Judge, recommended that the Commissioner's decision be affirmed and the Commissioner's motion for judgment on the pleadings be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: November 19, 2014
 Utica, New York.